**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **VANESSA BAILEY,** | * |
| Plaintiff, | * |
| v. | * Case No.: RWT 10cv2275 |
| **THE FIRST AMERICAN CORP., ET AL.** | * |
| Defendants. | * |

### ORDER

Upon consideration of the Defendants John Singleton and Singleton, Gendler, and Terrasa's Motion to Dismiss [ECF No. 16], the opposition and reply thereto, the Plaintiff Vanessa Bailey's Motion for Leave to Amend [ECF No. 23], the opposition and reply thereto, and the arguments of counsel presented at the hearing before the undersigned on March 7, 2011, it is, for the reasons stated in the record this 8th day of March 2011, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that Defendants John Singleton and Singleton, Gendler, and Terrasa's Motion to Dismiss [ECF No. 16] is **GRANTED**; and it is further

**ORDERED**, that Count IV of the Complaint (intentional infliction of emotional distress) is **DISMISSED** as to Defendants John Singleton and Singleton, Gendler, and Terrasa; and it is further

**ORDERED**, that Plaintiff Vanessa Bailey's Motion for Leave to Amend her Complaint [ECF No. 23] is **DENIED**; and it is further

**ORDERED**, that Plaintiff is granted leave to file a second motion for leave to amend containing greater detail as to Count V (legal malpractice) within **thirty (30) days** of the date of this Order.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE